United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL OMAR NAVARRETE,<br>Plaintiff,<br>v.<br>JAIME ARREDONDO, et al.,<br>Defendants. | Case No. 25-cv-06283-EKL<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO AMEND COMPLAINT** |

On August 28, 2026, the Court granted Defendants' motion to dismiss the first amended complaint, with leave to further amend by September 18, 2026. ECF No. 44. As of the date of this Order, Plaintiff has not filed a second amended complaint.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and no later than October 29, 2026, why the case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Alternatively, Plaintiff may file a second amended complaint by October 29, 2026. **If Plaintiff fails to do so, the action may be DISMISSED without prejudice for failure to prosecute.**

The initial case management conference scheduled for October 21, 2026, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Eumi K. Lee
United States District Judge